UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BOBBY RANDY MOUTON** | **CASE NO. 6:21-CV-01334 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **POLICE DEPT. OF PATTERSON, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 8. After an independent review of the record and the applicable law, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion for a Writ of Mandamus, Rec. Doc. 5, is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of August, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE