UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BOBBY RANDY MOUTON** | **CIVIL DOCKET NO. 6:21-CV-1334** |
| **VS.** | **JUDGE DAVID C. JOSEPH** |
| **POLICE DEPT. OF PATTERSON, ET AL** | **MAGISTRATE JUDGE HANNA** |

## ORDER

For the reasons stated in the REPORT AND RECOMMENDATION [DOC. 22], of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED ADJUDGED AND DECREED, that claims against the Patterson Police Department, Garrett Grogan and Kevin Stewart are DISMISSED WITH PREJUDICE.

**THUS, DONE AND SIGNED** in chambers on this 6th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE